IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MELVIN JAMES JACKSON,

    Plaintiff,

v.

DON JACKSON, Warden;
Dr. CHARLES HARDEN, and
Nurse EDGY, PA,

    Defendants.

CIVIL ACTION NO.: CV508-011

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation. The Magistrate Judge recommended Plaintiff's Complaint be dismissed pursuant to 28 U.S.C. § 1915(g).

In his Objections, Plaintiff contends he asserted in his Complaint that he was experiencing excruciating pain and that he had blood in his urine. Plaintiff asserts these allegations clearly fall within the imminent danger of serious physical injury exception applicable to the three strikes rule.

Based on the reasoning found in the Magistrate Judge's Report and Recommendation, Plaintiff's Objections are without merit. The Report and

AO 72A
(Rev. 8/82)

Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(g).

**SO ORDERED**, this 1ST day of May, 2008.

*[signature]*
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA