IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MELVIN JAMES JACKSON,

    Plaintiff,

v.

DON JACKSON, Warden;
Dr. CHARLES HARDEN, and
JUDY L. EDGY,

    Defendants.

CIVIL ACTION NO.: CV508-011

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's Motion for Summary Judgment filed on August 21, 2009 (Doc. No. 39) is **DISMISSED**.

SO ORDERED, this 18th day of DECEMBER, 2009.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA