FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 SEP 15 PM 2:43
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MELVIN JAMES JACKSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WARDEN DON JACKSON, DOCTOR )<br>CHARLES HARDEN, and JUDY L. )<br>EDGY, )<br>)<br>Defendants. )<br>) | CASE NO. CV508-011 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 97), to which objections have been filed (Doc. 101). After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's Motion for Summary Judgment (Doc. 57) is **DENIED**, Defendant's Cross-Motion for Summary Judgment (Doc. 61) is **GRANTED**, and Plaintiff's complaint is **DISMISSED**.[1] The **Clerk of Court is DIRECTED to close this case.**

SO ORDERED this 15th day of September 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] As a result, Plaintiff's remaining motions (Docs. 125, 131) are **DISMISSED AS MOOT**.